IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 92-235E |
| | ) | |
| PATRICIA GRAHAM-SMITH, | ) | |
| | ) | |
| Defendant. | ) | Electronically Filed |

**REQUEST FOR ABSTRACT OF JUDGMENT**

To Robert V. Barth, Clerk of Court:

Please certify the Abstract of Judgment attached hereto as Exhibit "A" and incorporated herein pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3201.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/MICHAEL COLVILLE
MICHAEL COLVILLE
Assistant U.S. Attorney
Counsel for Plaintiff
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412) 894-7337
(412) 644-5870 - fax
Michael.Colville@usdoj.gov
PA56668