# ABSTRACT OF JUDGMENT

### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained: | Names of Parties in whose favor judgments have been obtained: |
|---|---|
| Patricia Graham-Smith<br>1979 Strobridge Road<br>Martinsburg, WV 25401 | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditors' Attorneys | When Docketed |
|---|---|---|
| $8,754.31 plus post-judgment interest and costs | MICHAEL COLVILLE<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>U.S. Post Office & Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 | July 30, 1992<br>Civil Action No. 92-235E |

UNITED STATES OF AMERICA,   CLERK'S OFFICE   U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
SS.

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date _March 22, 2007_

ROBERT V. BARTH, CLERK

By: _Debra L. Mayo_, Deputy Clerk

**EXHIBIT A**